No. 80–5345.  BROWN *v.* MISSOURI.  Sup. Ct. Mo.  Certiorari denied.

No. 80–5346.  SPRINGFIELD *v.* WISCONSIN.  Ct. App. Wis.  Certiorari denied.

No. 80–5352.  DANIELS *v.* JAGO.  C. A. 6th Cir.  Certiorari denied.

No. 80–5356.  BLAKNEY *v.* SCHOOL DISTRICT OF PHILADELPHIA; and

No. 80–5357.  BLAKNEY *v.* SCHOOL DISTRICT OF PHILADELPHIA.  C. A. 3d Cir.  Certiorari denied.

No. 80–5364.  ENGLISH *v.* HARRIS, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 5th Cir.  Certiorari denied.

No. 80–5366.  TONEY *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 80–5369.  HICKS *v.* OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 80–5372.  GUNN *v.* ANDERSON.  C. A. 6th Cir.  Certiorari denied.

No. 80–5375.  GUSS *v.* BLACKBURN, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 80–5377.  WILLIAMS *v.* HINTON.  C. A. 4th Cir.  Certiorari denied.

No. 80–5378.  BABERS *v.* ESTELLE, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied.

No. 80–5396.  HEFFNER *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.